## No. 7264.

THE STATE EX REL. W. L. POOLE *vs.* JUDGE OF SECOND DISTRICT COURT.

An application for a *mandamus* to compel an inferior court to grant an injunction without security will be refused, because that writ is used only in aid of the appellate jurisdiction of this court.

*Quære:* — Whether the conferring of supervisory power over inferior courts by the new Constitution would be held to cover such an application.

FOR *Mandamus.*

*Singleton & Browne* for Relator.

WHITE, J., delivered the opinion refusing the writ.

## No. 6278.

G. L. KOUNS *vs.* EUGENE WAGGAMAN, SHERIFF, AND SAM. LAWSON.

It is axiomatic that a judgment will not be annulled for matters which, although good by way of defence, have not been urged through laches.

In the absence of fraud or want of citation, a defendant cannot be heard to urge, by way of action in nullity, defences existing before judgment and which should have been then presented, or if then presented and overruled, should have been corrected by appeal.

APPEAL from the Fifth District Court of New Orleans. CULLOM, J

*B. Egan* for Plaintiff Appellant. *De Grey* for Defendants.

WHITE, J., delivered the opinion affirming the judgment.